# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**MAXIMIN BRONNER LEVAN,**
**A# 203 056 585,**

    **Petitioner,**

**vs.**                                                    **Case No. 4:17cv280-RH/CAS**

**JEFF SESSIONS, et al.,**

    **Respondents.**
_____/

## REPORT AND RECOMMENDATION

On June 28, 2017, this case was opened pursuant to the Order entered by the United States District Court for the Southern District of Florida transferring the case to this Court. ECF No. 6. Petitioner, proceeding pro se, initiated a § 2241 petition in that Court on May 25, 2017. ECF No. 1. However, Petitioner was located in the Wakulla County Jail at the time, which is within the Northern District of Florida. The case properly proceeds in this Court as Petitioner is detained in this jurisdiction.

Notably, prior to the Southern District of Florida receiving Petitioner's § 2241, he initiated another case in this Court on May 22, 2017. Petitioner

filed what was titled as an "emergency petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241." ECF No. 1 of case # 4:17cv230-RH/CAS. Review of both petitions reveals they are identical and were mailed on the same day. Petitioner paid the $5.00 filing fee for case number 4:17cv230 on June 8, 2017, ECF No. 4, and an Order was entered directing service on June 15, 2017. ECF No. 5 of case # 4:17cv230-RH/CAS. The other case has advanced farther than this case.

Accordingly, because this case is duplicative to case number 4:17cv230-RH/CAS, it is recommended that this case be dismissed. If Petitioner is entitled to relief, only one petition is necessary to provide that relief.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** as duplicative to case number 4:17cv230-RH/CAS.

**IN CHAMBERS** at Tallahassee, Florida, on June 29, 2017.

 S/    Charles A. Stampelos  
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.