IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MAXIMIN BRONNER LEVAN,

    Petitioner,

v.                      CASE NO. 4:17cv280-RH/CAS

JEFF SESSIONS et al.,

    Respondents.

_____/

## ORDER DISMISSING PETITION AS DUPLICATIVE

This case is before the court on the magistrate judge's report and recommendation, ECF No. 9. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The petition is dismissed without prejudice as duplicative of case number 4:17cv230-RH/CAS. The clerk must close the file.

SO ORDERED on August 28, 2017.

                             s/Robert L. Hinkle
                             United States District Judge